# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3272

_____

PAULO DE TARSO PALMA,

Appellant,

v.

TYLER HUGHEY, and the ESTATE
OF ANTONIA CARVALHO DE
SOUSA, deceased,

Appellees.

_____

On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.

March 13, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paulo De Tarso Palma, pro se, Appellant.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for Appellee Tyler Hughey.